**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS,<br><br>          Plaintiffs,<br>v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC, EQUITY RESIDENTIAL & EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>          Defendants. | Civil Case No.: 24-cv-07508<br><br><br><br><br>**R. 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the named corporate defendant, Portside Towers East Tenant Association, certifies that there is no parent corporation or any publicly held corporation owning 10% or more of the stock of the corporate defendant.

Dated: Westfield, New Jersey
      August 9, 2024

                          MCLAUGHLIN & STERN, LLP

By:    /s/ *Mollie Hartman Lustig*
          Mollie Hartman Lustig, Esq.
          NJ Attorney ID No. 000862011
          One Elm Street, Suite 2
          Westfield, New Jersey 07090
          mlustig@mclaughlinstern.com

{N0733836.1}