# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**MOLLIE HARTMAN LUSTIG**
**PARTNER**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

1 ELM STREET
SUITE 2
WESTFIELD, NEW JERSEY 07090
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

NEW YORK, NEW YORK
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA

August 9, 2024

<u>**Via ECF**</u>

Clerk's Office
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> RE:   *Portside Towers West Tenant Association, et al v. The Towers at Portside Urban Renewal Company, LLC. et al.*
> <u>Civil Action No. 24-cv-07508-MCA-JRA</u>

Dear Sir or Madam:

This firm, alongside Eric J. Nemeth, P.C. and Marotta & Garvey, Attorneys at Law, represents the Plaintiffs in the above-referenced matter. We write with respect to the Clerk's Quality Control Message entered on the docket on July 11, 2024, requiring that Plaintiffs file a Diversity Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a)(2) (the "Clerk's Notice").

Fed. R. Civ. P. 7.1.(a)(2) provides, in relevant part, that in "action[s] in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party . . . must, unless the court orders otherwise, file a disclosure statement." However, in this matter, the Court's jurisdiction is based upon 28 U.S.C. §§ 1332(d) and 1367. *See Dkt. No. 1* at ¶¶ 18–19. We therefore submit, respectfully, that a Diversity Disclosure Statement is not required in this matter.

Should the Court have any questions, please do not hesitate to contact me. We thank the Court for its time and consideration.

Respectfully submitted,
*/s/ Mollie Hartman Lustig*
Mollie Hartman Lustig, Esq.

c:      all parties via ECF

{8.9.24 Letter .1}