# MᴄLᴀᴜɢʜʟɪɴ & Sᴛᴇʀɴ, LLP

### Fᴏᴜɴᴅᴇᴅ 1898

**Mᴏʟʟɪᴇ Hᴀʀᴛᴍᴀɴ Lᴜꜱᴛɪɢ**
**Pᴀʀᴛɴᴇʀ**
Direct Dial: 908-578-5458
mlustig@mclaughlinstern.com

1 Eʟᴍ Sᴛʀᴇᴇᴛ
Sᴜɪᴛᴇ 2
Wᴇꜱᴛꜰɪᴇʟᴅ, Nᴇᴡ Jᴇʀꜱᴇʏ 07090
(212) 448–1100
Fᴀx (212) 448–0066
www.mclaughlinstern.com

Nᴇᴡ Yᴏʀᴋ, Nᴇᴡ Yᴏʀᴋ
Gᴀʀᴅᴇɴ Cɪᴛʏ, Nᴇᴡ Yᴏʀᴋ
Mɪʟʟʙʀᴏᴏᴋ, Nᴇᴡ Yᴏʀᴋ
Wᴇꜱᴛᴘᴏʀᴛ, Cᴏɴɴᴇᴄᴛɪᴄᴜᴛ
Nᴀᴘʟᴇꜱ, Fʟᴏʀɪᴅᴀ
Wᴇꜱᴛ Pᴀʟᴍ Bᴇᴀᴄʜ, Fʟᴏʀɪᴅᴀ

August 20, 2024

**Via ECF**

Hon. Josè R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

> RE:    *Portside Towers West Tenant Association, et al v. The Towers at Portside Urban Renewal Company, LLC. et al.*
> Civil Action No. 24-cv-07508-MCA-JRA

Dear Judge Almonte:

This firm, alongside Eric J. Nemeth, P.C. and Marotta & Garvey, Attorneys at Law, represents the Plaintiffs in the above-referenced matter. On August 15, 2024, the undersigned filed two motions to admit, *pro hac vice*, Brett R. Gallaway, Esq. ("Mr. Gallaway") and Jason S. Giaimo, Esq. ("Mr. Giaimo"), both of whom are Partners with the undersigned's firm. *See Dkt. Nos. 11 and 12*. On August 16, 2024, the Court entered a Text Order requiring that Plaintiffs inform the Court as to "whether Defendants consent to the admissions of proposed pro hac vice counsel." *See Dkt. Nos. 13*. To that end, on August 19, 2024, we contacted counsel for Defendants the Towers at Portside Urban Renewal Company, LLC, Equity Residential & Equity Residential Management, LLC (collectively, "Defendants"), who advised that Defendants have no objection to Mr. Gallaway's and Mr. Giaimo's *pro hac vice* admission.

Should the Court have any questions, please do not hesitate to contact me. We thank the Court for its time and consideration.

Respectfully submitted,
/s/ Mollie Hartman Lustig
Mollie Hartman Lustig, Esq.

c:    all parties via ECF