# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORTSIDE TOWERS WEST TENANT ASSOCIATION, PORTSIDE TOWERS EAST TENANT ASSOCIATION, KEVIN WELLER, JESSICA BRANN, MICHELE HIRSCH, and JOEL ROTHFUS,<br><br>                        Plaintiff,<br><br>v.<br><br>THE TOWERS AT PORTSIDE URBAN RENEWAL COMPANY, LLC, EQUITY RESIDENTIAL & EQUITY RESIDENTIAL MANAGEMENT, LLC,<br><br>                        Defendants. | Civil Case No.: 24-cv-07508<br><br>**AGREED ORDER STAYING CASE** |

      This matter having come before the Court, the Court having conferenced with the parties in the related case, *The Towers at Portside Urban Renewal Company L.L.C., et al. v. The City of Jersey City, et al.*, Case No. 2:23-cv-22291-MCA-JRA (the "Related Action"), the parties having agreed to the relief below, and Court having considered the matter and for good cause shown;

      IT IS on this __9th__ day of __September__, 2024

      ORDERED:

1. This case is hereby stayed pending resolution of the prerogative writ claims in the Related Action. Upon resolution of the prerogative writ claims, Plaintiffs or Defendants may write to the Court to request that the stay be lifted.

2. Defendants need not answer or otherwise respond to Plaintiffs' complaint (Dkt. No. 1) until further order of this Court.

                                                      _____
                                                      THE HONORABLE JOSE R. ALMONTE, U.S.M.J.