**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

PORTSIDE TOWERS WEST TENANT
ASSOCIATION, PORTSIDE TOWERS
EAST TENANT ASSOCIATION, KEVIN
WELLER, JESSICA BRANN, MICHELE
HIRSCH, and JOEL ROTHFUS

       *Plaintiffs*,

      v.

THE TOWERS AT PORTSIDE URBAN
RENEWAL COMPANY, LLC, EQUITY
RESIDENTIAL and EQUITY
RESIDENTIAL MANAGEMENT, LLC,

      *Defendants*,

CASE NO. 2:24-cv-07508-MCA-JRA

CIVIL ACTION

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(1)(A)(i)

Pursuant to F.R.C.P. 41(1)(A)(i) of the Federal Rules of Civil Procedure, as none of the

Defendants have served an answer or motion for summary judgment in the above captioned matter,

Plaintiffs hereby dismiss their claims without prejudice as to themselves and the putative Class.

No consideration has been provided in exchange for this dismissal.

Dated:  April 10, 2026

      */s/ Patrick Howard*
      Patrick Howard (02280-2001)
      **SALTZ, MONGELUZZI, & BENDESKY, P.C.**
      8000 Sagemore Drive, Suite 8303
      Marlton, NJ 08053
      (215) 575-3895
      phoward@smbb.com

      *Attorneys for Plaintiffs*